## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MORY KEITA, *et al.*,                    :        Case No. 1:20-cv-1005
                                                    :
      Petitioners,               :        Judge Timothy S. Black
vs.                                                 :
                                                    :
WILLIAM BARR, *et al.*,                 :
                                                    :
      Respondents.              :

## ORDER

Petitioner Mory Keita ("Petitioner"), who is/was detained in in the custody of U.S. Immigration and Custom Enforcement ("ICE"), has filed an emergency petition for a Writ of Habeas Corpus Ad Testificandum.  (Docs. 1, 2).  Petitioner initially sought a stay of his removal, in order to offer testimony in a separate civil case pending before this Court, *Bayong et al. v. Butler County, et al.*, No. 1:20cv985.  (Doc. 2).  However, the Court was subsequently informed that Petitioner was removed this morning, on Omni Air Flight 320, departing Alexandria, Louisiana.  (Doc. 5).

To the extent that Petitioner's flight remains in and is scheduled to stop within the United States, the Court hereby **ORDERS** Petitioner to be removed from the flight and to remain in the United States, in the custody of ICE, pending his deposition testimony, which **SHALL** occur no later than fourteen (14) days from the date of this Order.

      **IT IS SO ORDERED**.

Date:  12/15/2020 _____

_Timothy S. Black_
Timothy S. Black
United States District Judge